# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

GRACE PERRONE AND JULIO
PERRONE, AN INCAPACITATED
PERSON, BY ERIC PERRONE, HIS
GUARDIAN,

             Respondents

             v.

ROSE CITY HMA, INC., T/D/B/A
LANCASTER REGIONAL MEDICAL
CENTER,  HEALTH MANAGEMENT
ASSOCIATES, INC. D/B/A LANCASTER
REGIONAL MEDICAL CENTER,
HOSPITAL HOUSEKEEPING SYSTEMS,
LTD, AND HOSPITAL HOUSEKEEPING
SYSTEMS, LLC,

             Petitioners

: No. 545 MAL 2015
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.